[Civ. No. 22212.   Second Dist., Div. One.   Jan. 9, 1957.]

JIMMIE O. WELCH, Petitioner, v. INDUSTRIAL ACCI-
DENT COMMISSION et al., Respondents.

Jimmie O. Welch, in pro. per., for Petitioner.

No appearance for Respondents.

THE COURT.—This petition for a writ of review chal-
lenges the correctness of respondent commission's order deny-
ing petitioner compensation solely upon the ground that not-
withstanding conflicting medical testimony, the commission
should have ordered an award in favor of petitioner because
the findings and award "was unreasonable in that it was
based on medical reports which did not reflect a complete
and thorough examination of my complaints . . .".

This court is powerless to retry this proceeding and
to weigh the evidence and credibility of witnesses.   That is
the function of the duly established arbiter of the facts.

The petition is denied.